Kenneth L. Covell
Law Offices of Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax:    (907) 451-7802
E-mail: covelladmin@gci.net
        kcovell@gci.net

*Attorney for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| LINDSAY PINGAYAK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MAX BECKER, and<br>UNIVERSITY OF ALASKA BOARD OF REGENTS,<br><br>　　　　Defendants. | Case No. 4:16-CV-00007-JWS |

### (PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR ATTORNEY'S FEES

　　IT IS ORDERED that Plaintiff Lindsay Pingayak may have until September 6, 2016 to file an opposition to the motion for attorney's fees.

_____
JOHN W. SEDWICK
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August 2016 a copy of this document was electronically served on:

John J. Tiemessen
Clapp Peterson Tiemessen Thorness & Johnson, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701

By: s/ Liz Reyna
    Law Office of Kenneth L. Covell